**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Akmal A Aquil

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2024 OCT 24  P 12: 26

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

City of Nwk
Water & Sewer

**COMPLAINT**

Jury Trial: [ ] Yes [✓] No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
        additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Akmal A Aquil |
| | Street Address | 495 Washington St 308 |
| | County, City | Essex Nwk |
| | State & Zip Code | N.J. 07102 |
| | Telephone Number | (973) 849-5088 |

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1

Name _City of Nwk_

Street Address _920 Broad St_

County, City _Essex Nwk_

State & Zip Code _N. J. 07102_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Title VII Religious Accomodation_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.   Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _At work when I was denied Sun to Thurs when it was available and I was the most senior labor_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _I originally made a request for the shift change be 6/22/22_

C.    Facts: _Two new employees were hired and given Sun to Thurs when I was requesting them days in order for me to fulfill my religious obligation of Friday Service_

[What happened to you?]

_Kareem Adeem told me he was hiring two new people for the Sun to Thurs shifts_

[Who did what?]

_The Director of Personal told me to put in a request James Harvey knew I requested that scheduled_

[Was anyone else involved?]

[Who else saw what happened?]

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want to recover all the money from my pension loan and all my days of suspension along with punitive damage of 250,000

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this_____ day of _O̲c̲t̲o̲b̲e̲r̲ ̲2̲4̲_____, 20_2̲4̲_.

Signature of Plaintiff _A̲k̲m̲a̲l̲ ̲A̲ ̲A̲q̲u̲i̲l̲_
Mailing Address _4̲9̲5̲ ̲W̲a̲s̲h̲i̲n̲g̲t̲o̲n̲ ̲S̲t̲ ̲3̲0̲8̲_
_N̲W̲K̲ ̲N̲.̲J̲.̲ ̲0̲7̲1̲0̲2̲_

Telephone Number _9̲7̲3̲-̲8̲4̲9̲-̲5̲0̲8̲8̲_
Fax Number *(if you have one)* _____
E-mail Address _a̲q̲u̲i̲l̲a̲k̲m̲a̲l̲5̲@̲G̲M̲A̲I̲L̲.̲c̲o̲m̲_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _A̲k̲m̲a̲l̲ ̲A̲ ̲A̲q̲u̲i̲l̲_

- 5 -